## The People of the State of Illinois, Defendant in Error, v. Chipman Ratcliff, Plaintiff in Error.

### (Not to be reported in full.)

Error to the County Court of Adams county; the Hon. LYMAN McCARL, Judge, presiding. Heard in this court at the October term, 1916. Reversed. Opinion filed April 16, 1917.

### Statement of the Case.

Prosecution by the People of the State of Illinois, plaintiff, against Chipman Ratcliff, defendant, for wilfully, maliciously and without cause destroying and injuring a well and pump appurtenant to a certain schoolhouse. From a judgment finding the defendant guilty and imposing a fine of three dollars, defendant brings error.

LEROY ADAIR and WILLIAM SCHLAGENHAUF, for plaintiff in error.

No appearance for defendant in error.

MR. PRESIDING JUSTICE THOMPSON delivered the opinion of the court.

### Abstract of the Decision.

MALICIOUS MISCHIEF—*when evidence sufficient to show lack of malice or interference with school property.* In a criminal prosecution for maliciously destroying a well and pump of a schoolhouse, evidence *held* sufficient to show that the well and pump were not appurtenant to the school site but upon land separated therefrom by a public highway and belonging to an estate of which the defendant was an heir, and that he took possession of the land without malice and without creating any disturbance after reasonable notice to the school directors that a license for the use of the land by the school was revoked.